**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6339**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX ORIAKHI,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CR-90-72-K, CA-97-656-JFM)

---

Submitted: May 14, 1998                    Decided: June 3, 1998

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Felix Oriakhi, Appellant Pro Se. Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felix Oriakhi appeals from the district court's orders denying his successive motion pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and for reconsideration of the dismissal of his § 2255 motion. Our review of the record and the district court's opinions discloses that this appeal is without merit. We find that the district court properly dismissed Oriakhi's § 2255 motion on the ground that this court denied Oriakhi's motion for authorization to file the successive § 2255 motion pursuant to 28 U.S.C.A. § 2244 (West Supp. 1998). We further find that the district court did not abuse its discretion in denying Oriakhi's motion for reconsideration of the dismissal of his § 2255 motion. See United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED